**United States District Court**
**District of Connecticut**

Randall Saunders

v.

Blair Vinton, et al.



3:12cv00581(WWE)

August 30, 2012

## 1st Amended Complaint

The plaintiff files his first amended complaint pursuant to F.R.C.P. § 15(1) (B) as a matter of course to clarify the responsive pleading of the defendants received August 30, 2012.

1) The heading which now reads "Randall Saunders v. Blair Vinton, Neva Lloyd, Hector Rivera and Does 1-3" shall now read *Randall Saunders v. Blair Vinton, Neva Lloyd, Hector Rivera.*

2) Section (I.) which now reads "I. This is a complaint for monetary damages and declaratory relief brought under 42 U.S.C. § 1983, § 1985 (2) and § 1986 in connection with the named defendants whom while acting under the color of the law conspired to and did violated the plaintiff's due process right to access courts in violation of Article 4 of the U.S. Constitution in addition to the privileges and immunities accorded citizens in the first and fourteenth amendments to the U.S. Constitution. Jurisdiction is based upon 28 U.S.C. § 1331, § 1332 and § 1343. The court also has supplemental jurisdiction over state law claims."

The words monetary damages shall be removed and section (I.) shall now be section I.A and the first sentence shall read this is a complaint for declaratory relief with the remaining verbiage unchanged.

Section I.B shall read this is a complaint for monetary damages brought under

42 U.S.C. § 1983, § 1985 (2) and § 1986 in connection with the named defendants whom while *not* acting under the color of the law conspired to and did violated the plaintiff's due process right to access courts in violation of Article 4 of the U.S. Constitution in addition to the privileges and immunities accorded citizens in the first and fourteenth amendments to the U.S. Constitution. Jurisdiction is based upon 28 U.S.C. § 1331, § 1332 and § 1343. The court also has supplemental jurisdiction over state law claims.

Section (II.) of the complaint shall read the plaintiff Randall Saunders is a self-represented inmate in the custody of the department of correction at *Brooklyn* correctional facility. Line 9 "Defendants Doe 1 thru 3 are to be named." Shall be deleted.

There are no further amendments.

Respectfully submitted,

*Randall B. Saunders*
Randall B. Saunders

## CERTIFICATE OF SERVICE

On September 4, 2012 I served this document within by depositing a true copy thereof in a postage prepaid envelope in a depository within the exclusive care of the United States Postal Service addressed to all parties of record.

*KBS*

Randall B. Saunders

Stephen Strom
110 Sherman St.
Hartford, CT 06105.

Randall B. Saunders 253100
Brooklyn C.I.
59 Hartford Rd.
Brooklyn, CT 06234