UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RANDALL SAUNDERS,
    Plaintiff,

v.                          Case No: 3:12cv581(WWE)

BLAIR VINTON, et al.,
    Defendants.

## RULING AND ORDER

The defendants ask the court to order the plaintiff to post security for costs in this case. On April 23, 2012, the plaintiff was granted leave to proceed in forma pauperis in this case. See Doc. #3. The in forma pauperis statute allows the court to excuse an indigent litigant from posting security for costs. See 28 U.S.C. § 1915(a)(1). Although the statute specifies the procedure for collecting the filing fee from an indigent prisoner litigant while the case is pending, there is no mention of collection of costs before the end of trial.

The defendants' motion [**Doc. #34**] is **DENIED**.

**SO ORDERED** at Bridgeport, Connecticut, this 4th day of January 2013.

                                                Warren W. Eginton
                                                Senior United States District Judge